UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| DEBORAH YVONNE THORNTON | Civil No. 6:18-cv-01993-MC |
|---|---|
| Plaintiff, | |
| vs., | ORDER TO PAY EAJA FEES |
| COMISSIONER SOCIAL SECURITY Defendant. | |

McShane, District Court Judge:

Following my review of Plaintiff's Motion and supporting documentation, and after consideration of Defendant's response, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, $13,021.34 is awarded to Plaintiff in care of her attorney, Nancy J. Meserow, and the check for EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J. Meserow, subject to the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010); and in addition, Plaintiff is awarded $10.00 for postage expenses, and $5.00 in photocopying costs pursuant to 28 U.S.C. 1920. Any check issued for EAJA fees or for costs and expenses shall be sent to Plaintiff in care of her attorney, Nancy J. Meserow, at her office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR
97219.

IT IS SO ORDERED.

Dated this 27th day of November, 2019

_____
UNITED STATES DISTRICT COURT JUDGE, Michael McShane