Nancy J. Meserow, OSB# 820895
njm@meserolaw.com
Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, Oregon 97219
Ph. 503-560-6788   Fax 503-954-1517
Plaintiff's Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DEBORAH YVONNE THORNTON | CV# 6:18-CV-01993-MC |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES UNDER 42 U.S.C § 406(B) |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to U.S.C. § 406(b), reasonable fees in the amount of $17, 212.62 are hereby awarded to Plaintiff's attorney, Nancy J. Meserow, less previously paid EAJA fees in the amount of $13, 021.34, for a net award of $4,191.28 to Ms. Meserow as full settlement of all attorney fees pursuant to 42 U.S.C. § 406(b), minus any applicable processing fees as allowed by statute.

IT IS SO ORDERED this __8th__ day of __June__, 2021.

                                                   s/Michael J. McShane
                                        Michael McShane, U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for 406(B) fees was filed with the Clerk of the Court on April 5, 2021 using the CM/ECF system, which will send notification of such filing to the following: Sarah Martin, OCG, Attorney for the Defendant.

s/ Nancy J. Meserow

NANCY J. MESEROW
Attorney for Plaintiff